Edward Carlson
Law Office of Edward Carlson
43 West 43rd St., suite 243
New York, NY 10036-7424
+1 (917) 714-0189
ed@edwardcarlsonlaw.com

December 2, 2019

**VIA ECF (Event: Letter/Pre-Motion Conference)**

Hon. Deborah A. Batts
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

      Re:    **East Towing and Salvage, Inc. v. Blue Ocean 1 LLC et al
19-cv-08651 (DAB)**

Dear Judge Batts:

      This law firm represents Plaintiff East Towing and Salvage, Inc. in the above-referenced Rule B matter. We submit this letter motion to respectfully request the Court to order compulsory process against garnishee Hoyos LLC. Pursuant to Rule II. B.(1) of this Court's Individual Practices and Procedures, we are amenable to attending a pre-motion conference regarding this application if deemed necessary by the Court.

      By way of background:

- On September 17, 2019, Plaintiff commenced this action pursuant to Supplemental Rule B for unpaid wreck removal and spill and containment services provided to the M/Y Enterprise. Plaintiff's verified complaint requested the Court to issue an order directing the Clerk of Court to issue process of maritime attachment and garnishment directed to, inter alia, Hoyos LLC (Dkt. No. 1).

- On October 3, 2019, this Court issued an Order directing Clerk to issue same (Dkt. No. 5).

- On October 10, 2019, the verified complaint, PMAG, the Order, Interrogatories, inter alia, were served on Garnishee Hoyos LLC (Dkt. No. 7). However, to date, Hoyos LLC has failed to serve any answers, under oath or otherwise, to the Interrogatories.

      Rule B(3) of the Supplemental Rules for Certain Admiralty or Maritime Claims provides in pertinent part:

> The garnishee shall serve an answer, together with answers to any interrogatories served with the complaint, within 21 days after service of process upon the garnishee. Interrogatories to the garnishee may be served with the complaint

without leave of court. If the garnishee refuses or neglects to answer on oath as to the debts, credits, or efforts of the defendant in the garnishee's hands, or any interrogatories concerning such debts, credits, and effects that may be propounded by the plaintiff, <u>the court may award compulsory process against the garnishee.</u>

Supp. Rule B(3) (emphasis added).

Garnishee Hoyos LLC has failed to answer the garnishment Interrogatories as required, notwithstanding the fact that counsel for East Towing has sent correspondence requesting same. Plaintiff likewise notes that Hoyos LLC and their designated agent Spiegel & Utrera PA, PC have ignored all inquiries regarding any assets retrained pursuant to the Order and PMAG.

Plaintiff East Towing respectfully requests this Court to award compulsory process as provided by Supplemental Rule B(3) compelling garnishee Hoyos LLC to serve its answers, under oath, to the garnishment Interrogatories. We further respectfully request the Court to issue the Second Supplemental Order proposed and filed with the Court on November 12, 2019 naming additional garnishees.

We thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Edward Carlson